UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

LISA GREENE, et ano.,

Plaintiffs,

-against-

05 Civ. 4397 (LAK)

FLORENCE ANTHONY,

Defendant.

-------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/05

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The complaint in this purported diversity action fails adequately to allege the citizenship of any of the parties. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44 (2d Cir. 1996); *Deparadine v. Nissan Infiniti LT,* No. 00 Civ. 6686 (LAK), 2000 WL 1280971, at *1 (S.D.N.Y. Sept. 11, 2000). Accordingly, absent the filing, on or before May 19, 2005, of an amended complaint adequately alleging complete diversity of citizenship, the action will be dismissed.

In determining whether the amend the complaint, plaintiffs' counsel should consider carefully whether, in light of the allegations that plaintiff Greene and the defendant both are New York residents (as distinguished from citizens of New York), an allegation of diversity of citizenship can be made in compliance with Fed. R. Civ. P. 11.

SO ORDERED.

Dated: May 9, 2005

Lewis A. Kaplan
United States District Judge