MEMO ENDORSED

**Case no.** 05 Civ. 4397 (LAK)

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Robert Wilson

Plaintiff,

*Versus*

Florence Anthony

Defendant.

**WITHDRAWAL OF COMPLAINT**

---

Plaintiff, Robert Wilson, by his attorney, M. Bradford Randolph, hereby withdraws his complaint in the above entitled action. Lisa Greene, who was a plaintiff in the original complaint, but who was eliminated as a plaintiff in the amended complaint filed on May 19, 2005, hereby confirms through her attorney, M. Bradford Randolph, that she also withdraws her complaint in the above entitled action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/25/05

Respectfully submitted:

/s/ M. Bradford Randolph

M. Bradford Randolph MR-9722
Signature of Attorney for Plaintiff
Attorney Reg. no. 235-7564

Dated: May 23, 2005


M. Bradford Randolph, Esq.
445 Park Avenue, 14th Floor
New York, NY 10022

Telephone: (212) 759-0097


Case dismissed without prejudice.

**SO ORDERED:**

SO ORDERED

LEWIS A. KAPLAN, USDJ
5/25/05

Lewis A. Kaplan
United States District Judge